Debtor Name **Creative Foods LLC**

United States Bankruptcy Court for the: **Southern District of Ohio**

Case number (*If known*):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AJK of Ohio LLC aka AJK LLC 79661 Prindle Loop Rd. Hermiston, OR 97838 | AJK of Ohio LLC () - | Business loans | | | | $9,000,000.00 |
| 2 | LGS Staffing P.O. Box 36 BIRMINGHAM, MI 48012 | LGS Staffing () - | Staffing Services | | | | $258,645.00 |
| 3 | Dennis Logan 7737 East Bisbee Road Scottsdale, AZ 85258 | Dennis Logan () - | Funding loans | | | | $178,571.42 |
| 4 | Performance Foodservice - Atlanta PO Box 935716 Atlanta, GA 31193 | Performance Foodservice - Atlanta () - | Food Distributor secured by lien on inventory sold to Creative Foods but Creative Foods does not have any inventory that would be subject to the lien of this creditor | | | | $169,606.03 |

| | Debtor | **Creative Foods LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | | Name | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Matheson Tri-Gas Inc.<br>P. O. Box 842724<br>Dallas, TX 75284 | Matheson Tri-Gas Inc.<br>() - | Propane Supplier and rent for nitrogen storage tank and freeze tunnel - the Debtor does not have documents indicating whether the nitrogen storage tank and freeze tunnel were leased, rented or are owned by the Debtor | Disputed | | $100,212.70 |
| 6 | Premier Equipment Inc<br>2255 N. Western Avenue<br>Chicago, IL 60647 | Premier Equipment Inc<br>() - | CNC Machinery Provider | | | $98,663.50 |
| 7 | Ilapak<br>105 Pheasent Run Road<br>Newtown, PA 18940 | Ilapak<br>() - | Packaging Machine | | | $74,699.20 |
| 8 | Ravico USA LLC<br>PO Box 19<br>RIDERWOOD, MD 21139 | Ravico USA LLC<br>() - | Food Supplier | | | $73,331.25 |
| 9 | Mitchell Adams<br>5607 Tara Hill Dr.<br>Dublin, OH 43017 | Mitchell Adams<br>() - | Funding loans | | | $55,195.33 |
| 10 | Flannery Heating and Cooling<br>206 N. Main Street<br>Baltimore, OH 43105 | Flannery Heating and Cooling<br>() - | HVAC Supplier - a mechanics lien was filed but there is no equity in the real property to secure the mechanics lien | | | $52,060.37 |
| 11 | RSR Staffing<br>7710 Olentangy River Road<br>Columbus, OH 43235 | RSR Staffing<br>() - | Staffing Services | | | $45,646.82 |
| 12 | InterCool USA LLC<br>P.O. Box 2949<br>INDIANAPOLIS, IN 46206 | InterCool USA LLC<br>() - | Industrial Refrigeration Supplier | | | $41,978.80 |

| Debtor | **Creative Foods LLC** | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | **Gordon Food Services**<br>**PO Box 88029**<br>**Chicago, IL 60680** | **Gordon Food Services**<br>() - | **Food Supplier** | | | $41,071.65 |
| 14 | **Sunbelt Rentals**<br>**P.O. Box 409211**<br>**Atlanta, GA 30384** | **Sunbelt Rentals**<br>() - | **Equipment Rental** | | | $39,292.67 |
| 15 | **David Smith**<br>**1075 SE 8th Street**<br>**Hermiston, OR 97838** | **David Smith**<br>() - | **Funding loans** | | | $36,373.27 |
| 16 | **Cintas Corporation**<br>**P. O. Box 630803**<br>**Cincinnati, OH 45263** | **Cintas Corporation**<br>() - | **Uniform Services Provider** | | | $28,234.65 |
| 17 | **HTS Logistics LLC**<br>**PO BOX 628704**<br>**ORLANDO, FL 32862** | **HTS Logistics LLC**<br>() - | **Freight Transportation Services** | | | $20,670.00 |
| 18 | **Ohio Department of Jobs and Family Services**<br>**Collection and Enforcement**<br>**30 E. Broad Street 14th Floor**<br>**Columbus, OH 43215** | **Ohio Department of Jobs and Family Services**<br>() - | **Unemployment Compensation Premiums - a judgment was filed but there is not any equity in the real property to secure the judgment** | | | $17,741.71 |
| 19 | **American Electric Power**<br>**P.O. Box 371496**<br>**Pittsburgh, PA 15250** | **American Electric Power**<br>() - | **Electric Service Provider** | | | $15,054.00 |
| 20 | **ECOLAB**<br>**26252 Network Place**<br>**Chicago, IL   60673-1262**<br>**Chicago, IL 60673** | **ECOLAB**<br>() - | **Commercial Cleaning Supply Provider** | | | $14,775.16 |